**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 12-1971**

───────────────

CHASE CARMEN HUNTER,

        Plaintiff - Appellant,

    v.

PAUL W. HIGGS, individually and in his official capacity as
Sheriff of the City of Fredericksburg, Virginia; WILLIAM
REYES, III, individually and in his official capacity as a
Deputy for the City of Fredericksburg Sheriff and in his
official capacity as a paid worker for the City of
Fredericksburg; CITY OF FREDERICKSBURG, VA; NICHOLAS
TALBERT, individually and in his official capacity as an
employee for the City of Fredericksburg Sheriff and in his
official capacity as a paid worker for the City of
Fredericksburg,

        Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   John A. Gibney, Jr.,
District Judge. (3:12-cv-00513-JAG)

───────────────

Submitted:  September 27, 2012    Decided:  October 1, 2012

───────────────

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Chase Carmen Hunter, Appellant Pro Se.  Grant Edward Kronenberg,
MORRIS & MORRIS, Richmond, Virginia; Medford Jennings Brown, IV,
Jennifer Lee Parrish, PARRISH, HOUCK & SNEAD, PLC,
Fredericksburg, Virginia, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chase Carmen Hunter appeals the district court's order granting Defendants' Fed. R. Civ. P. 12(b)(6) motion to dismiss her complaint and its order denying her motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hunter v. Higgs, No. 3:12-cv-00513-JAG (E.D. Va. July 24, 2012; Aug. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED